IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRACEY A. MATHEWS,  :
:
    Plaintiff,  :  CIVIL ACTION NO. 16-3717
:
v.  :
:
COMMISSIONER OF SOCIAL SECURITY,  :
:
    Defendant.  :

## ORDER

**AND NOW**, this 31st day of August, 2017, after considering the complaint (Doc. No. 3), the answer (Doc. No. 7), and the administrative record (Doc. No. 6); and after considering the report and recommendation filed by United States Magistrate Judge Thomas J. Rueter (Doc. No. 18); and after reviewing the plaintiff's brief and statement of issues in support of the request for review (Doc. No. 12), the defendant's response to the request for review (Doc. No. 14), and the plaintiff's reply brief (Doc. No. 16); and no party having filed objections to the report and recommendation; accordingly, it is hereby **ORDERED** as follows:

    1.    The clerk of court is **DIRECTED** to return this matter to the court's active docket;

    2.    The report and recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**;[1]

    3.    The plaintiff's request for review is **DENIED**;

    4.    The final decision of the Commissioner is **AFFIRMED**; and

---

[1] Since neither party filed objections to Magistrate Judge Rueter's report and recommendation, the court need not review the report before adopting it. *Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987). Nonetheless, "the better practice is for the district judge to afford some level of review to dispositive legal issues raised by the report." *Id.* As such, the court will review the report for plain error. *See Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998) ("In the absence of a timely objection, . . . this Court will review [the magistrate judge's] Report and Recommendation for clear error." (internal quotation marks omitted)). The court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). The court has reviewed Judge Rueter's report for plain error and has found none.

5. The clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.